UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00717 JW |
| Plaintiff, | ) ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. | ) ) ) | |
| OSCAR PEREZ,<br>a/k/a Oscar Eufracio, | ) ) ) | |
| Defendant. | ) ) ) | |

This matter came before the Court for a status hearing on Monday, November 21, 2005. Counsel for the government and the defendant were present. Based on the hearing and at the request of the defendant, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for continuity of counsel and effective preparation and investigation, including obtaining copies of any deportation tapes.

IT IS HEREBY ORDERED that this case is continued to January 9, 2006 at 1:30 p.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from November 21, 2005 through and including January 9, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 11-23-05

JAMES WARE
United States District Judge

Copies to be served on:

MATTHEW A. LAMBERTI  
Assistant United States Attorney  
150 Almaden Boulevard, Suite 900  
San Jose, California 95113

CYNTHIA C. LIE  
Assistant Federal Public Defender  
160 W. Santa Clara Street, Suite 575  
San Jose, California 95113