1  BARRY J. PORTMAN
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant PEREZ

*IT IS SO ORDERED*
*[signature] Judge James Ware*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00717 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING HEARING |
| vs. | ) | |
| | ) | |
| OSCAR PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Oscar Perez and the government, by and through counsel, hereby stipulate and agree that the status hearing in the above-captioned case, currently scheduled for January 9, 2006 at 1:30 p.m., may be continued to January 23, 2006 at 1:30 p.m.  The reason for the requested continuance is to permit the defense to investigate and seek additional discovery as to the immigration status of Mr. Perez' father, and to accommodate a scheduling conflict that defense counsel had not anticipated when the January 9, 2006 date was first scheduled.  Accordingly, the parties further stipulate and agree that the intervening 14-day period may be excluded from the computation of time within which trial must commence, for effective preparation and continuity of counsel pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv).

Stipulation and [Proposed] Order            1

1 Dated: January 4, 2006

2 _____/ S/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

3

4 Dated: January 6, 2006

5 _____/ S/_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

6

7

8 **[PROPOSED] ORDER**

9 Good cause appearing and by stipulation of the parties,

10 IT IS HEREBY ORDERED that the status hearing currently set for Monday, January 9,

11 2006 at 1:30 p.m. shall be continued to Monday, January 23, 2006 at 1:30 p.m.

12 IT IS FURTHER ORDERED that the time from January 9 to 23 shall be excluded from

13 the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*,

14 as it is reasonably necessary for effective preparation and continuity of counsel.

15 Dated: January 9, 2006

16

17 _____
JAMES WARE
United States District Judge

18

Stipulation and [Proposed] Order          2