BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant PEREZ

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OSCAR PEREZ, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-05-00717 JW <br><br> STIPULATION AND [PROPOSED] <br> ORDER CONTINUING SENTENCING |

**STIPULATION**

Defendant Oscar Perez and the government, by and through counsel, hereby stipulate and agree that the status hearing in the above-captioned case, currently scheduled for April 24, 2006 at 1:30 p.m., may be continued to May 15, 2006 at 1:30 p.m.  The reason for the requested continuance is to permit the United States Probation Officer additional time to complete the 35-day draft report.

Stipulation and [Proposed] Order        1

1  Dated: March 20, 2006

2  _____/ S/_____
   CYNTHIA C. LIE
   Assistant Federal Public Defender

3

4  Dated: March 20, 2006

5  _____/ S/_____
   MATTHEW A. LAMBERTI
   Assistant United States Attorney

6

7

8  [PROPOSED] ORDER

9  Good cause appearing and by stipulation of the parties,

10  IT IS HEREBY ORDERED that the status hearing currently set for April 24, 2006 at 1:30

11  p.m. shall be continued to May 15, 2006 at 1:30 p.m.

12  Dated: March 23, 2006

13

14  _____
    JAMES WARE
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26