1 | BARRY J. PORTMAN
Federal Public Defender
2 | CYNTHIA C. LIE
Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
San Jose, CA  95113
4 | Telephone:  (408) 291-7753

5 | Counsel for Defendant PEREZ



IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00717 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | |
| ) | |
| OSCAR PEREZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

Defendant Oscar Perez and the government, by and through counsel, hereby stipulate and agree that the sentencing hearing in the above-captioned case, currently scheduled for May 15, 2006 at 1:30 p.m., may be continued to June 5, 2006 at 1:30 p.m.  The reason for the requested continuance is that defense counsel is expected to begin a two- to three-week jury trial the afternoon of May 15, 2006.

U.S. Probation Officer JD Woods has been consulted and has no objections.

Stipulation and [Proposed] Order                                1

Dated: April 26, 2006

                                                S/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

Dated: May 3, 2006

                                                S/_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

### ~~[PROPOSED]~~ ORDER

Good cause appearing and by stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing currently set for May 15, 2006 at 1:30 p.m. shall be continued to June 5, 2006 at 1:30 p.m.

Dated: May 5, 2006

                                                */s/ James Ware*
JAMES WARE
United States District Judge